IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WP COMPANY LLC**<br>**d/b/a THE WASHINGTON POST**,<br><br>          Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF STATE**,<br><br>          Defendant. | Case No. 1:20-cv-1082-JEB |

## JOINT STATUS REPORT

Pursuant to the Court's September 1, 2020 Minute Order, Plaintiff WP Company LLC d/b/a The Washington Post (the "*Post*") and Defendant the U.S. Department of State (the "State Department") hereby submit this Joint Status Report. The parties ask the Court to set a schedule for briefing on the issue of the *Post*'s asserted entitlement to compensation for its reasonable attorneys' fees and costs in this matter. The parties propose that the Court enter the following schedule:

- **October 29, 2020:** The *Post*'s motion for fees due;
- **November 12, 2020:** The State Department's opposition due; and
- **November 19, 2020:** The *Post*'s reply due.

Dated:  October 1, 2020          Respectfully submitted,

                                 BALLARD SPAHR LLP

                                 /s/ *Charles D. Tobin*
                                 Charles D. Tobin (#455593)
                                 Maxwell S. Mishkin (#1031356)
                                 1909 K Street, NW, 12th Floor
                                 Washington, DC 20006
                                 Telephone: (202) 661-2200
                                 Fax: (202) 661-2299

tobinc@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Plaintiff WP Company LLC
d/b/a The Washington Post*

and

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ *James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*